**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

FLORENCIO MARTINEZ RUBIO,

     Plaintiff,

v.                              Case No: 8:21-cv-372-CEH-TGW

FEDCA SCRAP RECYCLING CORP
and ELBER A. BARON,

     Defendants.

_____/

### O R D E R

     The Court has been advised by the Joint Notice of Settlement and Stipulation for Dismissal With Prejudice (Doc. 27) that the above-styled action has been settled. Accordingly, pursuant to Local Rule 3.09(b), M.D.Fla., it is

     **ORDERED AND ADJUDGED** that this cause is hereby **DISMISSED** without prejudice and subject to the right of the parties, within <u>sixty (60) days</u> of the date of this order, to submit a stipulated form of final order or judgment should they so choose **or** for any party to move to reopen the action, *upon good cause shown*.  After that 60-day period, however, dismissal shall be with prejudice.  Any pending motions are **denied** as moot and the Clerk is **directed** to terminate all deadlines and administratively close the file.

     **DONE AND ORDERED** in Tampa, Florida on April 21, 2022.

*Charlene Edwards Honeywell*
Charlene Edwards Honeywell
United States District Judge

**COPIES FURNISHED TO**:
Counsel of Record