# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### TAMPA DIVISION

FLORENCIO MARTINEZ RUBIO,

    Plaintiff,

v.                                                                 Case No: 8:21-cv-372-CEH-TGW

FEDCA SCRAP RECYCLING CORP
and ELBER A. BARON,

    Defendants.

_____/

## ORDER

This matter is before the Court upon review of the file.  Pursuant to a notice of settlement, on April 21, 2022, the Court entered an Order dismissing this action without prejudice and providing the parties an opportunity to submit a stipulation or final judgment for dismissal with prejudice (Doc. 28). To date, the parties have not submitted a stipulation or final judgment.  Therefore, this matter will be dismissed with prejudice.

    ACCORDINGLY, it is now **ORDERED:**

1.    This action is dismissed, with prejudice.

2.    The Clerk is directed to close this case.

**DONE AND ORDERED** in Tampa, Florida on June 23, 2022.

Charlene Edwards Honeywell
United States District Judge

**COPIES TO**:
Counsel of Record and Unrepresented Parties, if any